## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 359 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ALEX WATSON, A/K/A - LESLIE | : | |
| WILLIAMS, A/K/A - TREMANE BOSTIC, | : | |
| A/K/A - TREMONE BOSTIC, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2021, the Petition for Allowance of Appeal is

**DENIED.** The Application to Withdraw as Counsel is **DISMISSED AS MOOT.**